# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MURPHY,<br><br>                              Plaintiff,<br>   vs.<br>HUNT & HENRIQUES,<br><br>                            Defendant. | CASE NO. 10CV2136-LAB (WVG)<br><br>**ORDER DISMISSING CASE** |

Pursuant to a joint motion submitted by the parties, this case is dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

DATED: January 14, 2011

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge