UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MURPHY;<br><br>           Plaintiff,<br><br>v.<br><br>HUNT & HENRIQUES;<br><br>           Defendant. | Civil No. 10-CV-2136-LAB(WVG)<br><br>ORDER |

In light of the dismissal of this case with prejudice, the Early Neutral Evaluation set for **February 11, 2011**, at **2:00 p.m.** is VACATED.

IT IS SO ORDERED.

DATED: January 19, 2011

                                              Hon. William V. Gallo
                                              U.S. Magistrate Judge